**Ronald Everette BROWN, Appellant,**

v.

**THE GOVERNMENT OF THE DISTRICT OF COLUMBIA, DEPARTMENT OF CORRECTIONS, et al., Appellees.**

No. 04–7072.

United States Court of Appeals, District of Columbia Circuit.

Nov. 1, 2004.

Ronald Everette Brown, Washington, DC, for Plaintiff–Appellant.

Edward Eugene Schwab, Dep. Atty. Gen., Office of Attorney General for the District of Columbia (Appellate Division), Washington, DC, for Defendant–Appellee.

Before GINSBURG, Chief Judge, and ROGERS and TATEL, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

ORDERED AND ADJUDGED that the district court's order filed April 28, 2004 be affirmed. The court did not abuse its discretion in dismissing appellant's complaint without prejudice, as the complaint did not contain "a short and plain statement of the grounds upon which the court's jurisdiction depend[ed]." *See* Fed. R.Civ.P. 8(a)(1); *Ciralsky v. CIA,* 355 F.3d 661, 668–71 (D.C.Cir.2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.